**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Bottom Line Recoveries, LLC, | ) | No. CV 14-443-PHX-JAT |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Lockheed Martin Corp., | ) | |
| Defendant. | ) | |
| | ) | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the complaint fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332; *Johnson v. Columbia Properties Anchorage, L.P.,* 437 F.3d 894, 899 (9th Cir. 2006) (discussing the citizenship of a limited liability company); *see also* CV 08-692-PHX-JAT (Doc. 13); CV 11-1831-PHX-JAT (Doc. 27); CV 11-2038-PHX-JAT (Doc. 11); CV 08-1620-PHX-JAT (Doc. 17).

Accordingly,

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that by May 7, 2014, Plaintiff shall file a supplement to the complaint properly alleging federal subject matter jurisdiction, or this case will be dismissed without prejudice for lack of federal subject matter jurisdiction.

DATED this 22nd day of April, 2014.

James A. Teilborg
Senior United States District Judge

- 2 -