**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bottom Line Recoveries, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Lockheed Martin Corp.,<br><br>    Defendant. | No. CV 14-443-PHX-JAT<br><br>**ORDER** |

On April 22, 2014, this Court ordered Plaintiff to file a supplement to the complaint properly alleging federal subject matter jurisdiction. On May 6, 2014, Plaintiff filed an amended complaint. The Court finds the amended complaint alleges subject matter jurisdiction. As a result, the Court will take no further action regarding jurisdiction without prejudice to Defendant raising any jurisdictional issue it deems appropriate.

Further, as a result of an amended complaint having been filed,

**IT IS ORDERED** that the motion to dismiss (Doc. 16) is denied without prejudice as moot. Defendant shall answer or otherwise respond to the amended complaint within 20 days.

DATED this 6th day of May, 2014.

James A. Teilborg
Senior United States District Judge